No. 02–8402. BAILEY *v.* BLAINE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE. C. A. 3d Cir. Certiorari denied.

No. 02–8403. ALLEN, AKA GONZALEZ *v.* CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8404. MUSAYEV *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 02–8407. CLAIBORNE *v.* IRWIN. C. A. 9th Cir. Certiorari denied.

No. 02–8410. DELL *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8415. DELOATCH *v.* JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 02–8424. CHAPEY *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–8467. GLEAN *v.* SIKES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–8472. LI *v.* UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 02–8484. CLARKE *v.* HAWORTH. C. A. 9th Cir. Certiorari denied.

No. 02–8486. CAMPBELL *v.* GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8507. THURSTON *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 02–8571. SCOTT *v.* SMITH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–8641. SILVA *v.* KALBAC ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.